JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   **Category No.** II   **Investigating Agency** FBI/IRS

**City** Nahant   **Related Case Information:**

**County** Essex
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Gary P. DeCicco   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Nahant, MA

Birth date (Yr only): 1958   SSN (last4#): 1752   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** Robert Sheketoff   Address: One McKinley Square

**Bar Number:** _____   Boston, MA 02109

**U.S. Attorney Information:**

AUSA: Kristina E. Barclay   Bar Number if applicable: 640848

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date: 03/17/2017

☑ Already in Federal Custody as of 03/17/2017 in Wyatt.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   14

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/11/18   Signature of AUSA: [signature]

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Gary P. DeCicco

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1343 | Wire Fraud | 2 |
| Set 3 | 18 U.S.C. 1349 | Bank Fraud Conspiracy | 3 |
| Set 4 | 18 U.S.C. 1344 | Bank Fraud | 4 |
| Set 5 | 18 U.S.C. 1343 | Wire Fraud | 5, 6, 7 |
| Set 6 | 18 U.S.C. 1349 | Attempted Wire Fraud | 8 |
| Set 7 | 18 U.S.C. 1957, 2 | Engaging in Unlawful Transactions, Aiding & Abetting | 9 through 14 |
| Set 8 | 18 U.S.C. 981, 982 | Forfeiture | N/A |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI/IRS

**City** Nahant    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Pamela M. Avedisian    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Nahant, MA

Birth date (Yr only): 1963    SSN (last4#): 2553    Sex: F    Race: W    Nationality: USA

**Defense Counsel if known:** Francis DiMento    Address: 1 Fanueil Hall Mktplc, 3rd Floor

**Bar Number:** _____    Boston, MA 02109

**U.S. Attorney Information:**

**AUSA** Kristina E. Barclay    Bar Number if applicable: 640848

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/11/18    Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Pamela M. Avedisian

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1343 | Wire Fraud | 2 |
| Set 3 | 18 USC 981, 21 USC 2461 | Forfeiture | N/A |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____