UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
18-10013-RGS

UNITED STATES OF AMERICA

v.

GARY P. DECICCO

**ORDER PURSUANT TO <u>UNITED STATES v. KING</u>,
818 F.2D 112, 115, footnote 3 (1st Cir. 1987)**

January 12, 2018

DEIN, U.S.M.J.

The defendant is charged in an Indictment with conspiracy, wire fraud, bank fraud and related charges, in violation of 18 U.S.C. §§ 1349, 1343, 1344 & 1957. An initial appearance was held before this court on January 12, 2018, at which time the defendant was represented by counsel. The government moved for detention pending trial of this matter.

The defendant is presently in federal custody awaiting trial in an unrelated matter. Accordingly, all parties agreed to continue the detention hearing in the instant case until such time as the defendant is released from custody in accord with the protocol set forth in <u>United States v. King</u>, 818 F.2d 112, 115, footnote 3 (1st Cir. 1987).

I rule that the defendant has waived his right to have a detention hearing at his first appearance in this case. <u>Id</u>. It is ORDERED that the detention hearing be, and the same hereby is, CONTINUED until further order of this Court. It is FURTHER

ORDERED that the defendant be, and he hereby is, DETAINED pending the detention hearing.  See 18 U.S.C. § 3142(f) ("During a continuance, the defendant shall be detained . . . .").

Review of the within Detention Order may be had by the defendant filing a motion for revocation or amendment of the within Order pursuant to 18 U.S.C. § 3145(b).

                                              / s / Judith Gail Dein
                                              JUDITH GAIL DEIN
                                              UNITED STATES MAGISTRATE JUDGE