UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 18-cr-10013-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| GARY P. DECICCO and | ) | |
| PAMELA M. AVEDISIAN, | ) | |
| Defendants | ) | |
| | ) | |

**ASSENTED-TO MOTION FOR ENTRY OF PROTECTIVE ORDER**

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby moves pursuant to Rule 16 of the Federal Rules of Criminal Procedure Motion and Local Rule 116 for entry of a protective order restricting the use and dissemination of certain documents and information which will be provided to the defendants by the United States for the sole purpose of the legal defense of this case. The defendants assent to the entry of the proposed Protective Order, without waiving their right to challenge the government's designation of materials pursuant to the Protective Order or to seek the Court's permission to disclose designated materials beyond the scope of the Protective Order or otherwise request a modification of the Order.

WHEREFORE, the United States respectfully requests that the Court enter a protective order in the form submitted herewith.

                                              Respectfully submitted

                                              ANDREW E. LELLING,
                                            UNITED STATES ATTORNEY

Date:   February 8, 2018          By:   */s/Kristina E. Barclay*
                                              KRISTINA E. BARCLAY
                                              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: February 8, 2018                          */s/Kristina E. Barclay*
                                                            Kristina E. Barclay
                                                            Assistant United States Attorney