UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | Crim No. 18-cr-10013-RGS |
| GARY P. DECICCO and PAMELA M. AVEDISIAN, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**MOTION OF COUNSEL TO WITHDRAW**

Pursuant to Local Rule 83.5.2(c)(1), undersigned counsel respectfully requests that this Court allow his motion to withdraw from this case as counsel for defendant Gary P. DeCicco. Alternatively, counsel seeks leave of this Court to withdraw under Local Rule 83.5.2(c)(2) for "good cause." As grounds for this motion, counsel states:

1. On January 9, 2018, undersigned counsel filed a notice of appearance on behalf of Mr. DeCicco in case entitled *United States v. Gary P. DeCicco*, No. 17-cr-10092, a case that was recently tried before United States District Judge Nathaniel M. Gorton. Two days later, the grand jury returned the indictment in this case.

2. On January 12, 2018, undersigned counsel appeared on behalf of Mr. DeCicco at his initial appearance, and filed a notice of appearance in this case on January 16, 2018.

3. Attorney James J. Cipoletta also filed a notice of appearance on behalf of Mr. DeCicco, and will continue to represent him in this matter. Mr. Cipoletta is prepared to appear on behalf of Mr. DeCicco at the interim status conference scheduled for August 6, 2018, and an interim status report is expected to be filed by the parties before the status conference.

4.  No trial date or evidentiary hearing has been set, and there are no pending motions.  Accordingly, the requirements for withdrawal of Local Rule 83.5.2(c)(1) have been satisfied.

5.  In addition, from counsel's perspective, there is "good cause" for withdrawal under Local Rule 83.5.2(c)(2) due to a breakdown in the attorney-client relationship.

6.  Mr. DeCicco consents to this motion.

## **CONCLUSION**

Counsel has met the requirements of Local Rule 83.5.2(c)(1) to withdraw from this case. Alternatively, there is "good cause" for the Court to grant leave for counsel to withdraw under Local Rule 83.5.2(c)(2).  For these reasons, counsel respectfully requests that this Court allow his motion to withdraw.

Dated:  July 30, 2018

Respectfully submitted,

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
FISH & RICHARDSON, P.C.
One Marina Park Drive
Boston, Massachusetts 02210
frongillo@fr.com
TEL: (617) 542-5070
FAX: (617) 542-8906

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, I caused the foregoing document to be filed using the Court's ECF system, which will serve the document upon all parties of record and that I mailed the defendant a copy of this motion by first class mail.

/s/ Thomas C. Frongillo
Thomas C. Frongillo