UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                  Cr. No. 18-10013-RGS

GARY P. DECICCO

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to the provisions of Local Rule 83.5.2(c)(2), undersigned counsel respectfully requests the Court to grant leave to withdraw as counsel for the defendant Gary P. DeCicco. As reasons therefor, counsel states that there is a complete breakdown in the attorney-client relationship and that there exists genuine good cause for withdrawal as counsel of record in this matter.

Further, counsel states that no trial date or evidentiary hearing has been set, and that there are no motions pending before the Court.

Furthermore, the defendant is in the process of seeking successor counsel to represent him in this case.

WHEREFORE: Counsel respectfully requests the Court to grant leave to withdraw as counsel in this case.

Respectfully submitted,

/s/ *James J. Cipoletta*

_____
James J. Cipoletta
MA Bar No. 084260
Citizens Bank Building
385 Broadway - Suite 307
Revere, MA 02151
Telephone 781.289.7777

July 30, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document filed through the CM/ECF system and will be served upon all registered CM/ECF participants as identified on the Notice of Electronic Filing (NEF) and that I have mailed a copy of this motion to the defendant via first class mail at his address of record.

*/s/ James J. Cipoletta*
_____
James J. Cipoletta