UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ) | | |
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v. ) | | |
| ) | CRIMINAL NO. 18-CR-10013-RGS | |
| GARY P. DECICCO and ) | | |
| PAMELA M. AVEDISIAN, ) | | |
| Defendants ) | | |
| ) | | |

MOTION TO CONTINUE REVOCATION HEARING

Defendant Gary Decicco hereby moves the Court to continue the hearing on the Government's Motion to Revoke his bail, which is presently scheduled for Monday, March 8th, to either Friday, March 29th or Friday, April 5th after 1:00 p.m.  Defendant further requests an extension to respond in writing to the Government's Motion to seven days prior to the date of the hearing.

As grounds for this Motion, defendant states:

1. Counsel has recently been retained to represent the defendant for purposes of bail only and has recently filed a notice of appearance to this effect.

2. The Government's Motion contains numerous complex factual allegations, which counsel must investigate in order to respond adequately.  This includes obtaining documents from third parties and public entities.

3. Counsel is currently representing Mike Gurry on trial in the U.S. v. Gurry, et al., No. 16-CR-10343-ADB before Judge Burroughs.  The trial schedule is 10-4 Monday through

Thursday and 9-1 on Fridays.  Although there is an occasional day off, no days are presently scheduled off before April 5th.  The case is expected to go through April.

4. Due to her trial schedule, counsel is limited to evenings and weekends to investigate the case and prepare a written response to the Government's Motion.  As the hearing on the Government's Motion is expected to take more than 30 minutes, she is limited to Friday afternoons for hearings.

>
> Respectfully submitted,
>
> GARY P. DECICCO,
> By his attorney,
>
> /s/ Tracy A. Miner_____
> Tracy A. Miner, BBO # 547137
> Miner Orkand Siddall LLP
> 470 Atlantic Ave., Fl. 4
> Boston, MA  02210
> (617) 273-8421
> tminer@mosllp.com

Dated:  February 27, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for all parties on February 27, 2019.

> /s/ Tracy A. Miner
> Tracy A. Miner