UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
18-10013-RGS

UNITED STATES OF AMERICA

v.

GARY P. DECICCO and PAMELA M. AVEDISIAN

**ORDER ON EXCLUDABLE TIME**

March 15, 2019

DEIN, M.J.

A status conference, originally scheduled for March 4, 2018, was continued by agreement to March 18, 2019 and then to **April 12, 2019 at 10:00 a.m.** With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the defendants require time for the preparation of an effective defense, including time for review of the evidence, and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment. I further find that not granting this continuance would deny counsel for both the government and the defendants a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

It is hereby ordered that the Clerk of Court enter excludable time for the period of March 4, 2019 through April 12, 2019, that being the period between the expiration of the last order of excludable time and the date of the next status conference. Based on the orders of January 16, March 15, May 10, July 18, August 16, September 17, October 16, November 29, December 21, 2018, January

23, 2019 and this order, as of April 12, 2019 there will be 0 days of non-excludable time and 70 days remaining under the Speedy Trial Act in which this case must be tried.

                                            / s / Judith Gail Dein
                                            Judith Gail Dein
                                            United States Magistrate Judge