UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY P. DECICCO,<br><br>Defendant | CRIMINAL No. 18-cr-10013 |

## MOTION TO CONTINUE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests the hearing in this matter scheduled for Wednesday, March 27, 2019 at 4:30pm be continued until Friday, March 29, 2019 at 4:30pm.

                                                        Respectfully submitted,

                                                        ANDREW E. LELLING
                                                        United States Attorney

                                 By:    /s/ *Kristina E. Barclay*
                                             KRISTINA E. BARCLAY
                                             Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    /s/ *Kristina E. Barclay*
                                    KRISTINA E. BARCLAY
                                    Assistant United States Attorney

Date: March 25, 2019