UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) CRIMINAL NO. 18-CR-10013-RGS<br>GARY P. DECICCO and )<br>PAMELA M. AVEDISIAN, )<br>      Defendants )<br>) | |

DEFENDANT GARY DECICCO'S
RENEWED MOTION TO MODIFY CONDITIONS OF BAIL

Defendant Gary DeCicco hereby moves this Court to modify his conditions of bail (1) to allow him to leave his home from 7 a.m. to 7 p.m. daily and (2) to allow him to pay his attorney's fees monthly from the income from his marina. Currently he is permitted to leave his home from 9 a.m. to 4 p.m. daily and must get permission from the U.S. Attorney's Office to pay any monthly legal fees from the marina account in excess of $5,000. Since the Court set the new curfew on March 29, 2019, Mr. DeCicco has been in compliance with all of the terms of his release and has been working at the marina daily.

As grounds for this Motion, Mr. DeCicco states that he needs to work longer hours at his marina to generate income to pay his attorneys. Now that it is summer, more of Mr. DeCicco's customers at the marina want to bring their boats in and out of the water and to use other services at the marina on a regular basis. The ability to launch boats is often dependent on high tides, which often come in before 9 a.m. or after 4 p.m. Customers also now come in and out of the marina during the marina all day. If Mr. DeCicco is unable to service his customers, the

customers will go elsewhere, resulting in the loss of much needed income to Mr. DeCicco.  Mr. DeCicco has lost some customers already (his business is down over 20%) but is trying to keep the remainder and wants to market to attract new customers.  Although he has employees at the marina, Mr. DeCicco is widely known as the owner of the marina and the person to go to for assistance.

In addition, the docks at the marina suffered extensive damage during the past winter and are in need of repairs.  The repairs will be done or overseen by Mr. DeCicco.  To the extent that third party companies in the construction industry are needed, they often begin at 7 a.m.  Mr. DeCicco would need to be present to oversee their work and address any issues in real time.  Because of his lack of availability, the repairs are proceeding more slowly than they otherwise would be.

Mr. DeCicco is dependent on his income from the marina to pay his living expenses and attorney's fees.  Although he has been trying to sell some of his assets to pay legal fees, he has been unable to do so to date.  Counsel agreed to take a reduced retainer on the condition that Mr. DeCicco pay his legal fees monthly from the income from the marina.  The summer is the busiest season for the marina and Mr. DeCicco would like to work as much as possible to maximize his income while reducing his expenses for employees while at the same time spending some time with his immediate family, including his three daughters.

Mr. DeCicco previously filed this Motion.  The Court denied it at the time because Mr. DeCicco did not have successor counsel with a general appearance with leave to refile once his counsel situation changed.  Miner Orkand Siddall is now in the case for all purposes and will begin billing Mr. DeCicco on a monthly basis.

Counsel has conferred with AUSA Kristina Barclay who objects to both requests.

Respectfully submitted,

GARY DECICCO

By his attorneys,

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
MINER ORKAND SIDDALL LLP
470 Atlantic Ave.
Boston, MA  02210
(617) 273-8421

Dated:  July 1, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on counsel for the Government on July 1, 2019.

*/s/ Tracy A. Miner*
Tracy A. Miner