UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 18-10013-RGS

UNITED STATES OF AMERICA

v.

GARY P. DECICCO

ORDER ON DEFENDANT'S MOTION
TO REVISE GOVERNMENT'S WITNESS LIST

November 19, 2020

STEARNS, D.J.

The motion, as presently framed, is <u>DENIED</u>. The court would consider case-by-case exceptions to the no-contact rule with respect to Waters's representation of defendant DeCicco in any active civil litigation (as best the court can tell from defendant's motion there is none currently pending) or any bona fide offer to purchase a property presently owned by DeCicco (again as best as the court can tell no such offer has been made).

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE