## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GARY P. DECICCO. | Case No. 1:18-cr-10013-RGS |

## **DEFENDANT GARY DECICCO'S MOTION TO EXTEND CURFEW**

Defendant Gary DeCicco hereby requests that the Court extend his curfew on Sunday, February 14, 2021 from 8 p.m. until 11 p.m. to allow him to take his girlfriend and mother of his baby out to dinner after the baby goes to bed. Mr. DeCicco will abide by all Covid restrictions. Mr. DeCicco is not likely to attempt to flee or pose any danger to the community during these 3 hours.

Mr. DeCicco's Probation Officer does not oppose or assent to this Motion, nor does the Government, provided Mr. DeCicco complies with all Covid restrictions, which he will do.

Dated: February 10, 2021

Respectfully submitted,

GARY DECICCO

By his attorneys,

*/s/ Tracy A. Miner*_____
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Siddall LLP
101 Federal St., Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing document was served by ECF on counsel for the Government on February 10, 2021.

            */s/ Tracy A. Miner*
            Tracy A. Miner