UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GARY P. DECICCO and )<br>PAMELA M. AVEDISIAN, )<br>Defendants )<br>) | CRIMINAL NO. 18-CR-10013-RGS |

DEFENDANT GARY DECICCO'S MOTION TO MODIFY
CONDITIONS OF RELEASE TO ATTEND WEDDING

Defendant Gary DeCicco hereby moves this Court to modify his conditions of release to allow him to attend a wedding in Hampton Beach, New Hampshire on May 7, 2021, and to spend the night in New Hampshire following the festivities. Mr. DeCicco has been invited to attend the wedding of a family member of his girlfriend and their young daughter. Specifically, Mr. DeCicco requests that he be permitted to travel to New Hampshire on May 7, 2021 and return to his home in Massachusetts by 8pm on May 8, 2021. He will provide probation with a detailed itinerary of his travel plans and a copy of the wedding invitation. Mr. DeCicco will not be transacting business and will not pose any danger to the community.

The government and probation do not object to the relief requested in this motion.

Respectfully submitted,

GARY DECICCO

By his attorneys,

/s/ Megan A. Siddall
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA  02110
(617) 202-5890

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the Government on March 18, 2021.

*/s/ Megan A. Siddall*
Megan A. Siddall