## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GARY P. DECICCO. | Case No. 1:18-cr-10013-RGS |

## ASSENTED TO MOTION TO FILE UNDER SEAL

Defendant Gary DeCicco hereby moves to file his Assented to Motion to Continue the Trial under seal. The motion contains private medial information relating to Mr. DeCicco and is accompanied by a letter from his cardiac doctor at Massachusetts General Hospital.

Defense counsel has consulted with A.U.S.A. Kristina Barclay, who assents to this Motion.

Dated: September 16, 2021

Respectfully submitted,

GARY DECICCO

By his attorneys,

*/s/ Tracy A. Miner*_____
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Siddall LLP
101 Federal St., Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
tminer@msdefenders.com
msiddall@msdefenders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the Government on September 16, 2021.

                                        */s/ Tracy A. Miner*
                                        Tracy A. Miner