UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GARY P. DECICCO and )<br>PAMELA M. AVEDISIAN, )<br>Defendants )<br>) | CRIMINAL NO. 18-CR-10013-RGS |

### ASSENTED TO MOTION OF DEFENDANT GARY DECICCO
### TO MODIFY CONDITIONS OF RELEASE

Defendant Gary DeCicco hereby moves this Court to modify his conditions of pretrial release to eliminate the requirement of GPS monitoring. Mr. DeCicco was recently released from Cambridge Spaulding Hospital but will be seen by visiting nurses and physical therapists. He still cannot walk without a walker and needs follow-up treatment. Counsel has provided Mr. DeCicco's medical records from Mass. General to Probation and will provide the Spaulding records as soon as they are received.

Probation, through Probation Officer Erin Henneman, and the U.S. Attorney's Office, through Kristina Barclay, assent to this Motion.

Respectfully submitted,

GARY DECICCO

By his attorneys,

/s/ Tracy A. Miner
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
MINER SIDDALL LLP
101 Federal Street, Suite 650
Boston, MA 02110
(617) 202-5890

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on counsel for the Government on October 6, 2021.

*/s/ Tracy A. Miner*
Megan A. Siddall